# EXHIBIT B

# Summons

## Collection Information Statement

In the matter of __JONATHAN T GRAHAM, 592 ASHLAND AVE, CAMDEN WYO, DE 19934-2481__
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__
Industry/Area *(Identify by number or name)* __SB/SE AREA 3 (23)__
Periods: __See Attachment 1 to Summons Form 6637 for Period Information__

**The Commissioner of Internal Revenue**

To: __JONATHAN T GRAHAM__
At: __592 ASHLAND AVE, CAMDEN WYO, DE 19934-2481__

You are hereby summoned and required to appear before __ANNETTE PRZYBYCIEL__, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From __01/01/2011__ To __12/01/2011__

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

__611 S DUPONT HWY STE 102, DOVER, DE 19901 (302) 272-4053__

**Place and time for appearance:** At __611 S DUPONT HWY STE 102, DOVER, DE 19901__

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the __10th__ day of __January__, __2012__ at __11:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __8th__ day of __December__, __2011__

__ANNETTE PRZYBYCIEL__ *[signature]* __REVENUE OFFICER__
Signature of issuing officer                              Title

_____     _____
Signature of approving officer *(if applicable)*     Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 12/9/11 | 1:47 pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): attached to door

| Signature | Title |
|---|---|
| Bennett Ripley | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Bennett Ripley | Revenue Officer |

Catalog No. 25000Q

Form 6637 (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **JONATHAN T GRAHAM**

Period information: Form 1040 for the calendar periods ending December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006